UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual,

Defendants.
---------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**26-cv-2699**

**PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiff herein, hereby adds the undersigned as co-counsel of record, for the Plaintiff on this matter:

Katelyn M. Schillaci, Esq. (6060156) – katelyn@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
May 6, 2026

*Katelyn M. Schillaci*

Katelyn M. Schillaci, Esq.
**HELEN F. DALTON & ASSOCIATES, P.C.**
Attorneys for the Plaintiff
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415