Form 27 - AFFIRMATION OF SERVICE

P26869686

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated

PLAINTIFF

- vs -

ISLAND BAGEL BAR LAWRENCE LLC, ETAL

DEFENDANT

Index No. **2:26-cv-02699**
Date Filed
Office No. **2026-L011**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**I, DAVID KLEINBERG** affirm under the penalties of perjury that I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **MAY, 2026 1:12PM** at
**284 BURNSIDE AVE**
**LAWRENCE NY 11559**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **ISLAND BAGEL BAR LAWRENCE LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **JOHN DOE (REFUSED FULL NAME), MANAGER/MANAGING AGENT,** who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT.** I affirm that **JOHN DOE (REFUSED FULL NAME)** confirmed their authority after my inquiry, identified their role and explained their responsibilities, which include accepting service of process for the **DEFENDANT.**

The description of the person served as aforesaid to the best of my ability at the time and circumstances of the service is as follows:

GENDER: **MALE** PERCEIVED RACE: **WHITE** HAIR: **BLACK/GREY**
APP.AGE: **55** APP. HT: **5" 10** APP. WT: **185**
OTHER IDENTIFYING FEATURES

**COMMENTS:**

I affirm this 14TH day of MAY, 2026 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

DAVID KLEINBERG
Lexitas - DCWP #2098109
1235 BROADWAY ~~2ND~~ FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-26869686