Form 2A - AFFIRMATION OF SERVICE

P26869710

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated

PLAINTIFF

- vs -

ISLAND BAGEL BAR LAWRENCE LLC, ETAL

DEFENDANT

Index No. **2:26-cv-02699-ST**
Date Filed
Office No. **2026-L011**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU** :SS:

**I , DAVID KLEINBERG** affirm under the penalties of perjury that, I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **MAY 2026, 1:12PM** at
**284 BURNSIDE AVE**
**LAWRENCE NY 11559**
I served the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **YAFIM MULKANDOV, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **"John Smith" (REFUSED FULL NAME), CO-WORKER,** a person of suitable age and discretion.

I describe the person served as aforesaid to the best of my ability at the time and circumstances of the service as follows:

GENDER: **MALE** PERCEIVED RACE: **WHITE** HAIR: **BLACK/GREY**
APP.AGE: **55** APP. HT: **5" 10** APP. WT: **185**
OTHER IDENTIFYING FEATURES

On **05/15/2026** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being **the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

I affirm this 15TH day of MAY, 2026 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

DAVID KLEINBERG
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-26869710