Form 1A - AFFIRMATION OF SERVICE

P26869744

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated

PLAINTIFF

- vs -

ISLAND BAGEL BAR LAWRENCE LLC, ETAL

DEFENDANT

Index No.
**2:26-cv-02699-ST**
Date Filed
Office No. **2026-L011**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**I, RAED QASIM** affirm under the penalties of perjury that I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **13TH** day of **MAY, 2026 8:24PM** at
**10845 67TH RD**
**FOREST HILLS NY 11375**
I served the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT**
upon **YAFIM MULKANDOV**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **YAFIM MULKANDOV**
said **DEFENDANT** personally. I knew the person served to be the person described as said person therein.

The description of the person served as aforesaid to the best of my ability at the time and circumstances of the service was as follows:

GENDER: **MALE** PERCEIVED RACE: **WHITE** HAIR: **BLACK/GREY**
APP.AGE: **45-55** APP. HT: **5ft9in** APP. WT: **200**
OTHER IDENTIFYING FEATURES

**COMMENTS:**
That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

I affirm this 15TH day of MAY, 2026 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

RAED QASIM #2117007
Lexitas - DCWP #2098109 #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-26869744