UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual,

Defendants.
-----------------------------------------------------------------------X

Civil Docket No.: 2:26-cv-02699-ST

**REQUEST FOR CERTIFICATE OF DEFAULT**

**TO: BRENNA B. MAHONEY**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Please enter the default of the Defendants, ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action, as fully appears from the court file herein, and from the attached affirmation of Roman Avshalumov, Esq.

Dated: Kew Gardens, New York
June 19, 2026

Roman Avshalumov

Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591
Email: avshalumovr@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual,

Defendants.
-------------------------------------------------------------------X

Civil Docket No.:
2:26-cv-02699-ST

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

Roman Avshalumov, Esq., hereby declares as follows:

1. I am the attorney for the Plaintiff, ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated ("Plaintiff") in this action.

2. This action commenced pursuant to Plaintiff's filing of the Summons and Collective Action Complaint on May 6, 2026.

3. The time for the Defendants, ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual, to answer or otherwise move with respect to the Complaint herein has expired, without any extension request being made.

4. According to the Affidavits of Service filed on the Court's docket, Defendants, ISLAND BAGEL BAR LAWRENCE LLC and YAFIM MULKANDOV as an individual, were both duly served with Plaintiff's Summons & Complaint on May 12, 2026, at the Defendants' usual place of business located at 284 Burnside Avenue, Lawrence, New York, 11559, by delivering to, and leaving personally with John Doe (refused full name), Manager/Managing Agent, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the corporate Defendant; and by "John Smith" (refused full name), co-worker, a person of

suitable age and discretion. *See* Dkt. Nos. 10 & 11, respectively. Individual Defendant YAFIM MULKANDOV was also effectuated with service via follow-up mailing there on May 15, 2026 as well, via United States First-Class Mailing to the usual place of business of the Defendant. *See* Dkt. No. 11.

5. Individual Defendant, YAFIM MULKANDOV was further served with process on May 13, 2026, at the Defendant's usual place of abode and last known residence located at 10845 67th Rd, Forest Hills, NY 11375, by personal delivery of Plaintiff's Summons and Complaint, personally received by the individual defendant, *himself*, and proof of service was filed on May 19, 2026. *See* Dkt. No. 12.

6. Corporate Defendant, ISLAND BAGEL BAR LAWRENCE LLC was further served with process on May 15, 2026, via the Office of the Secretary of State, pursuant to N.Y. Business Corporation Law § 306, by delivering to and leaving with Izeasha Miller, Authorized Agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York. *See* Dkt. No. 13.

7. Based on the most recent dates of service, ISLAND BAGEL BAR LAWRENCE LLC and YAFIM MULKANDOV as an individual, were therefore required to appear, interpose an answer, retain counsel, or otherwise defend in this matter, by June 3, 2026 and June 5, 2026. However, to date, the Defendants have failed to do so. *See* Dkt. Nos. 12 & 13.

8. At the time of service to individual defendant YAFIM MULKANDOV, as aforesaid, process server asked the Defendant himself if he is/was in the military service of the United States Government, or of the State of New York, and received a negative reply. Based upon the conversation and observation as aforesaid, Defendant YAFIM

MULKANDOV is not in the military service and is not dependent on anyone in the military service of the United States Government or the State of New York. *See* Dkt. No. 12.

9. To date, *All* Defendants have failed to respond, appear, or otherwise defend in this matter, and the time for Defendants to answer or otherwise move has not been extended.

10. That Defendant, ISLAND BAGEL BAR LAWRENCE LLC, is not an infant nor incompetent.

11. Defendant YAFIM MULKANDOV, as an individual, is not an infant nor incompetent; YAFIM MULKANDOV, as an individual, is the adult, competent owner of the corporate defendant entity sued herein.

12. Defendant, YAFIM MULKANDOV, as an individual, is not presently in the military service of the United States, as appears from facts in this litigation.

**WHEREFORE**, the Plaintiff respectfully requests that the default of Defendants, ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual, be noted, and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiff, and that no part thereof has been paid by any of the Defendants.

Dated: Kew Gardens, New York
June 19, 2026

Roman Avshalumov

Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591
Email: avshalumovr@yahoo.com

With Service to: *via USPS Mailing*

**ISLAND BAGEL BAR LAWRENCE LLC**
284 Burnside Avenue, Lawrence, New York, 11559

**YAFIM MULKANDOV**
284 Burnside Avenue, Lawrence, New York, 11559
10845 67th Rd, Forest Hills, NY 11375-2342

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual,

Defendants.
------------------------------------------------------------------X

Civil Docket No.: 2:26-cv-02699-ST

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants, ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual, have not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants, ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____________, New York
_____________, 2026

BRENNA B. MAHONEY, Clerk of Court

By: ____________________________
Deputy Clerk