**HELEN F. DALTON & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

June 19, 2026

**Via ECF**:
The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***Amaya v. Island Bagel Bar Lawrence LLC et al.***
***Civil Docket No.: 2:26-cv-02699-ST***

Dear Judge Tiscione:

We represent the Plaintiff in the above-referenced matter, and we submit this motion to respectfully request an extension of thirty (30) days to file the Plaintiff's Motion for Default Judgment against all Defendants.

Today, our office filed the Request for Certificate of Default against all Defendants, awaiting entry by the Clerk Court. Our office requires additional time to schedule and meet our client to finalize the Plaintiff's Affidavit as required under Local Civil Rule 55.2, and time to secure the "Non-Military Affidavit", for the individual defendant in compliance with the Servicemembers Civil Relief Act.

In view of the foregoing, we respectfully request an extension of 30 days, from the Clerk's Entry of Default, to file the Motion for Default Judgment against all defendants.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Roman Avshalumov*
Roman Avshalumov, Esq.

Cc: via USPS Mailing

**ISLAND BAGEL BAR LAWRENCE LLC**
284 Burnside Avenue, Lawrence, New York, 11559

**YAFIM MULKANDOV**
284 Burnside Avenue, Lawrence, New York, 11559
10845 67th Rd, Forest Hills, NY 11375-2342