UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELBIN ALEXCSANDER PADILLA AMAYA,
individually and on behalf of all others similarly
situated,

                             Case No.: 2:26-cv-2699 (ST)

                  Plaintiff,            **NOTICE OF APPEARANCE**

      -against-

ISLAND BAGEL BAR LAWRENCE LLC, and
YAFIM MULKANDOV as an individual,

               Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the

Defendant Yafim Mulkandov in the above-captioned case. I certify that I am admitted to practice

in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
      June 25, 2026                 Respectfully submitted,

                            **SAGE LEGAL LLC**
                            By:  */s/ Emanuel Kataev, Esq.*
                            Emanuel Kataev, Esq.
                            18211 Jamaica Avenue
                            Jamaica, NY 11423-2327
                            (718) 412-2421 (office)
                            (917) 807-7819 (cellular)
                            (718) 489-4155 (facsimile)
                            emanuel@sagelegal.nyc

                            *Attorneys for Defendant*
                            *Yafim Mulkandov*

**VIA ECF**
Helen F. Dalton & Associates, P.C.
Attn: Roman Avshalumov, Esq.
8002 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415-3600