# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

June 25, 2026

**<u>VIA ECF</u>**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-4438

> **Re:    Amaya v. Island Bagel Bar Lawrence LLC, *et al.*
> <u>Case No.: 2:26-cv-2699 (ST)</u>**

Dear Judge Tiscione:

This firm represents Defendant Yafim Mulkandov (hereinafter "Mulkandov" or the "Defendant") in the above-referenced case.  Defendant writes to respectfully request an extension of time until Friday, July 10, 2026 to respond to Plaintiff's complaint.

Pursuant to ¶ I.C of this Court's Individual Practice Rules, Defendants respectfully submits that:

(a) Defendant's answer was originally due on June 5, 2026;

(b) the reason for the requested extension of time is because undersigned counsel is engaged in other matters requiring significant time and attention, including the submission of a counter-statement of material facts in a RICO case on June 30, 2026 that your undersigned is prosecuting in the matter of <u>Superb Motors Inc, *et al.* v. Deo, *et al.*</u>; Case No.: 2:23-cv-6188 (JMW) and a hearing before the Hon. Ronald Castorina, Jr., J.S.C. in the Supreme Court of the State of New York, Richmond County, on July 6, 2026.

(c-d) Defendant has not previously sought an extension of time of this particular deadline in this case; and

(e) Plaintiff only consented to an extension of time until today, June 25, 2026, and only on condition that Defendant "waive jurisdictional defenses."

In light of the foregoing, Plaintiff respectfully submits that there is good cause for the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Defendant thanks this honorable Court for its time, attention, and anticipated courtesies in this case.

Dated:  Jamaica, New York
          June 25, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Island Bagel Bar Lawrence LLC, and*
*Yafim Mulkandov*

**VIA ECF**
All counsel of record

2