**FILED**
**CLERK**

3:20 pm, Jun 26, 2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA, individually
and on behalf of all others similarly situated,

                                    Plaintiffs,

        -against-

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM
MULKANDOV as an individual,

                                     Defendants.
-------------------------------------------------------------------X

Civil Docket No.:
2:26-cv-02699-ST

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants, <u>ISLAND BAGEL BAR LAWRENCE LLC</u>, have not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants, <u>ISLAND BAGEL BAR LAWRENCE LLC,</u> is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: <u>Central Islip</u>, New York
       <u>June 26, 2026</u>, 2026

                             BRENNA B. MAHONEY, Clerk of Court

                        By: <u>/s/ Grisel Ortiz</u>
                              Deputy Clerk