UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA,
individually and on behalf of all others similarly situated,

Plaintiff,

Civil Docket No.:
2:26-cv-02699-ST

-against-

**AFFIRMATION OF SERVICE**

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM MULKANDOV as an individual,

Defendants.
-------------------------------------------------------------------X

Roman Avshalumov, Esq., affirms the truth of the following under the penalty of perjury:

That I am not a party in the action, am over the age of eighteen (18) years, and residing at Queens, New York. On June 29, 2026, I served the following documents upon ISLAND BAGEL BAR LAWRENCE LLC:

**(1) Certificate of Default against ISLAND BAGEL BAR LAWRENCE LLC, entered on June 26, 2026.**

***via* United States Postal Mailing**; by depositing true and correct copies thereof into a post-paid wrapper, in an official depository under the exclusive care and custody of a USPS Service located within the State of New York.

**ISLAND BAGEL BAR LAWRENCE LLC**
284 Burnside Avenue, Lawrence, New York, 11559
10845 67th Rd, Forest Hills, NY 11375-2342

Dated: June 29, 2026
Kew Gardens, New York

Roman Avshalumov

Roman Avshalumov, Esq.
**HELEN F. DALTON & ASSOCIATES, P.C.**
Attorneys for the Plaintiff
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591