

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

July 28, 2026

**Via ECF**:
The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    ***Amaya v. Island Bagel Bar Lawrence LLC et al.***
***Civil Docket No.: 2:26-cv-02699-ST***

Dear Judge Tiscione:

We represent the Plaintiff in the above-referenced matter, and we submit this letter to respectfully request that the Court direct the Clerk of Court to enter the default of Defendant Yafim Mulkandov pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**Brief Relevant Background**

Plaintiff commenced this action on May 6, 2026 by filing the Summons and Collective Action Complaint against Defendants Island Bagel Bar Lawrence LLC and Yafim Mulkandov. After Defendants failed to timely appear or otherwise respond to the Complaint, Plaintiff filed a Request for Certificate of Default against both Defendants on June 19, 2026. *See* Dkt. No. 14.

Shortly thereafter, on June 25, 2026, counsel appeared solely on behalf of Defendant Yafim Mulkandov and simultaneously requested an extension of time to answer. No attorney appeared on behalf of Defendant Island Bagel Bar Lawrence LLC.

On June 26, 2026, the Clerk entered default against Defendant Island Bagel Bar Lawrence LLC. The Court, however, denied Plaintiff's request for a certificate of default as to Defendant Mulkandov because he had appeared through counsel and had a pending request for an extension of time to answer. Thereafter, by Order dated June 30, 2026, the Court granted Defendant Mulkandov's request for an extension and directed him to file his Answer no later than July 10, 2026.

The July 10, 2026 deadline has long since expired. Although Plaintiff's counsel followed up with Defendant's counsel on Friday, July 24, 2026 regarding the overdue Answer, Defendant's counsel represented that an Answer will be filed on Monday (July 27). However, as of the date of this submission, no Answer has been filed on the Court's docket, nor has Defendant sought any additional extension of time or otherwise defended this action. Accordingly, Defendant Mulkandov is now in default under Rule 55(a), and there exists no impediment to the entry of default against him.

Because Defendant Mulkandov was afforded an extension of time to answer, yet failed to comply with the Court's June 30, 2026 Order or otherwise defend this action, the basis upon which the Clerk previously declined to enter default no longer exists.

Accordingly, Plaintiff respectfully requests that the Court direct the Clerk of Court to enter the default of Defendant Yafim Mulkandov pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, so that Plaintiff may proceed with a motion for default judgment against both Defendants.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Roman Avshalumov*

Roman Avshalumov, Esq.

Cc: *via ecf*

**Emanuel Kataev**
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 114232327
718-412-2421
718-489-4155 (fax)
emanuel@sagelegal.nyc

*via USPS Mailing:*
**ISLAND BAGEL BAR LAWRENCE LLC**
**c/o YAFIM MULKANDOV**
284 Burnside Avenue, Lawrence, New York, 11559
10845 67th Rd, Forest Hills, NY 11375-2342