UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELBIN ALECSANDER PADILLA AMAYA,
individually and on behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiff, | Civil Docket No.:<br>2:26-cv-02699-ST |
| -against- | **AFFIRMATION OF SERVICE** |

ISLAND BAGEL BAR LAWRENCE LLC, and YAFIM
MULKANDOV as an individual,

                                Defendants.
------------------------------------------------------------------X

    Roman Avshalumov, Esq., affirms the truth of the following under the penalty of perjury:

    That I am not a party in the action, am over the age of eighteen (18) years, and residing at Queens, New York. On July 29, 2026, I served the following documents upon ISLAND BAGEL BAR LAWRENCE LLC and YAFIM MULKANDOV:

    **(1) Plaintiff's Letter Requesting Entry of Default against Yafim Mulkandov.**

*via* **United States Postal Mailing**; by depositing true and correct copies thereof into a post-paid wrapper, in an official depository under the exclusive care and custody of a USPS Service located within the State of New York.

**ISLAND BAGEL BAR LAWRENCE LLC**
**c/o YAFIM MULKANDOV**
284 Burnside Avenue, Lawrence, New York, 11559
10845 67th Rd, Forest Hills, NY 11375-2342

Dated:  July 29, 2026
       Kew Gardens, New York

*Roman Avshalumov*
Roman Avshalumov, Esq.
**HELEN F. DALTON & ASSOCIATES, P.C.**
Attorneys for the Plaintiff
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Page **1** of **1**