HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

September 14, 2026

Via ECF:
Honorable Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: ***Amaya v. Island Bagel Bar Lawrence LLC et al***
**Civil Docket No.: 2:26-cv-02699-PKC-ST**

Dear Judge Tiscione:

Our office represents Plaintiff in the above-reference matter, and we submit this letter motion jointly with counsel for Defendant Yafim Mulkandov to respectfully request that the initial conference scheduled for September 16, 2026 be adjourned *sine die* pending the outcome of the parties' mediation. The reason for this request is that the parties were recently referred to the EDNY mediation program by District Judge Chen at the recent premotion conference in efforts to conserve resources for both parties.

In light of this, the parties respectfully request that the initial conference scheduled for September 16, 2026 be adjourned *sine die* pending the outcome of the parties' mediation. If the Court grants this request, it would affect the deadline to submit a proposed case management plan, which is currently today. Additionally, Plaintiff respectfully requests leave to file a status report within one (1) week of the completion of mediation, indicating whether the parties settled or requesting an initial conference before Your Honor.

We thank the Court for its kind consideration in this matter, and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

CC (via ECF):
Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 114232327
718-412-2421
Email: emanuel@sagelegal.nyc