# HELEN F. DALTON & ASSOCIATES, P.C.

ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598


September 23, 2026

**Via ECF**
The Honorable Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***Amaya v. Island Bagel Bar Lawrence LLC et al.***
Civil Docket No.: 2:26-cv-02699-PKC-ST

Dear Judge Tiscione:

Our office represents the Plaintiff in the above-referenced matter and we submit this letter regarding the selection of the parties' mediator jointly with Defendants.

The parties have selected Robert Kheel as their mediator. The mediation has been scheduled for November 5, 2026, 10:00 a.m., via Zoom.

We thank the Court for its consideration and we remain available to provide any additional information.

Respectfully submitted,

James O'Donnell

James O'Donnell, Esq.

CC: *via ecf*

*Counsel for Defendants*