**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 16, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

***Re:*** **Amaya v. Island Bagel Bar Lawrence LLC, *et al.***
**Case No.: 2:26-cv-2699 (PKC) (ST)**
**Joint Status Report Following Mediation**

Dear Judge Tiscione:

This office represents Defendant Yafim Mulkandov ("Mulkandov") in the above-referenced case. See ECF Docket Entry ("ECF") 17. Mulkandov writes jointly with Plaintiff Elbin Alecsander Padilla Amaya ("Plaintiff") (together with Mulkandov, the "Parties"), pursuant to this Court's September 15, 2026 Order granting the Parties' motion to adjourn the initial conference (ECF 25), which directed the Parties to file a joint status report by November 16, 2026.

On September 9, 2026, at the pre-motion conference on Mulkandov's anticipated motion to dismiss, the Honorable Pamela K. Chen, U.S.D.J. ("Judge Chen"), referred the Parties to mediation and deferred discussion of amendment of the Complaint and motion practice until after mediation. The Parties thereafter selected Robert J. Kheel, Esq. ("Mediator Kheel") as their mediator through this Court's mediation program (ECF 26).

On November 5, 2026, the Parties participated in a virtual mediation before Mediator Kheel via Zoom. After approximately three (3) hours, the Parties agreed to adjourn the mediation to December 16, 2026 at 1:00 p.m. so that Mulkandov may produce financial information to Plaintiff in furtherance of the Parties' settlement discussions. Mulkandov will produce that information within two (2) weeks of the initial session, or by November 19, 2026.

In light of the foregoing, the Parties respectfully request that: (i) the initial conference remain adjourned *sine die* pending the conclusion of mediation; (ii) Mulkandov's time to answer, move, or otherwise respond to the Complaint remain held in abeyance pending the conclusion of mediation, consistent with Judge Chen's September 9, 2026 deferral of motion practice; and (iii) the Parties be permitted to file a further joint status report within seven (7) days after the continued mediation session, or by December 23, 2026, advising this Court whether the case has resolved and, if it has not, requesting that an initial conference be scheduled.

The initial conference has been adjourned once previously (ECF 25), and this is the Parties' first request concerning the status report deadline. No scheduling order has been entered, and the relief requested herein does not affect any other scheduled date.

The Parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
November 16, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Yafim Mulkandov*

**HELEN F. DALTON & ASSOCIATES, P.C.**
*/s/ Katelyn Schillaci, Esq.*
Katelyn Schillaci, Esq.
James P. O'Donnell, Esq.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
(718) 263-9591 (office)
katelyn@helendalton.com

*Attorneys for Plaintiff*
*Elbin Alecsander Padilla Amaya*

**VIA ECF**
All counsel of record